UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-cv-24020-UU

JORGE ITURMENDI,

    Plaintiff,

v.

OTRUPONCOSO PROTECTION SERVICES
CORP. & ALEXIS FUENTES,

    Defendants.
_____/

**ORDER OF REFERENCE**

    PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-styled case is referred to United States Magistrate Judge Alicia M. Otazo-Reyes to take all necessary and proper action as required by law with respect to the **Plaintiffs' Motion for an Entry of Judgment and for an Award of Attorney's Fees, or, in the Alternative, for an Order Compelling the Defendants to Comply with the Terms of the Settlement Agreement, D.E. 38,** and any motions for an extension of time associated therewith.  Pursuant to this referral order, it is also

    ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that courtesy copies of all materials necessary to the resolution of the referred matters shall be directed to the magistrate judge's chambers.

    DONE AND ORDERED in Chambers at Miami, Florida, this _7TH___ day of July, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:

counsel of record
Magistrate Judge Alicia M. Otazo-Reyes